## 71687. FOUNTAIN v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY.
(357 SE2d 164)

DEEN, Presiding Judge.

The decision of the Court of Appeals in the case having been reversed by the Supreme Court, *MARTA v. Fountain*, 256 Ga. 732 (352 SE2d 781) (1987), our decision in *Fountain v. MARTA*, 179 Ga. App. 318 (346 SE2d 363) (1986), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Benham and Beasley, JJ., concur.*

DECIDED APRIL 6, 1987.

*George P. Dillard*, for appellant.
*Barclay T. Macon, John E. Ramsey*, for appellee.